# UNITED STATES

## v.

## JOSHUA TENNY

### 1806

JOURNAL ENTRIES

1. Surrender by sureties; new recognizance taken . *Journal, infra,* *p. 13

PAPERS IN FILE

1. Recognizance . . . . . . . . . . . . *Printed in Vol. 2*